UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                 Plaintiff,<br>  v.<br><br>YAKIMA AIR TERMINAL – McALLISTER FIELD, an agency of the City of Yakima and County of Yakima, Washington; MA WEST ROCKIES CORPORATION, a Nevada corporation; LANGDON FAMILY REVOCABLE TRUST, assignee of MA West Corporation; and BYRON and ALICE LOCKWOOD FOUNDATION,<br><br>                 Defendants. | NO: 1:15-CV-3002-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation to Lift Stay and Dismiss with Prejudice, ECF No. 54. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Lift Stay and Dismiss with Prejudice, **ECF No. 54**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** June 7, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2